# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL CRUZ and KIRSTIN ANTON, as Parents and Next Friend of K.H., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN LOUGHMAN, EAN HOLDINGS, LLC, d/b/a ENTERPRISE RENT-A-CAR,<br><br>Defendants. | )<br>)<br>) C.A. No.: _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Come now Defendant CAMRAC, LLC, improperly named as EAN HOLDINGS, LLC d/b/a ENTTERPRISE RENT-A-CAR and, pursuant to 28 U.S.C. § 1332, 1441, and 1446, file its Notice of Removal of said cause of action to the United States District Court for the District of Delaware. In support thereof, Defendant show as follows:

## THE ACTION

1. On March 12, 2020 Michael Cruz, Individually and as Parent and Next Friend of K.H. a minor and Kristen Anton, as Parents and Next Friend of K.H., a minor, filed a civil action in the Superior Court of the State of Delaware, styled *Michael Cruz and Kristen Anton, as Parents and Next Friend of K.H., a minor. Plaintiffs v. Ryan Loughman, EAN Holdings, LLC, d/b/a Enterprise Rent-A-Car, Defendants*, Case No. N20C-03-114 AML, against the Defendants alleging negligence, negligence per se, willful and wanton conduct, and negligent entrustment. (*See* Complaint, attached hereto as Exhibit A.)

2. As established below, this Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332 (Diversity Jurisdiction) and 28 U.S.C. § 1441 (Removal Jurisdiction). Less than

30 days have elapsed since these Defendants first received the Complaint on October 16, 2020, and the time within which to answer or otherwise plead has not yet expired.

3.      This action could have been filed in this Court pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the Plaintiff and the Defendants, and the amount in controversy exceeds the jurisdictional minimum of $75,000.00, exclusive of interest and costs.

## DIVERSITY OF CITIZENSHIP

4.      Plaintiffs are citizens of Delaware.  (*See* Ex. A, ¶ 1, 2 and 3.), Defendant CAMRAC, LLC is a citizen of Connecticut, (*See* Ex. B.)[1] Defendant Loughman, is a citizen of Massachusetts.

5.      As neither Defendant, CAMRAC, LLC or Ryan Loughman are citizens of the State of Delaware, the "forum defendant rule" set forth in 28 U.S.C. § 1441(b)(2) does not apply.

## AMOUNT IN CONTROVERSY

6.      The Complaint alleges five separate causes of action against the Defendants involving substantial and life altering injuries to a minor child and seeks the compensatory and punitive damages for the injuries resulting from a motor vehicle accident dated April 6, 2019 in Route 113 in Sussex County, Delaware.  (*See* Ex. A.)

7.      When a plaintiff does not limit his or her claim to an amount less than the jurisdictional minimum, the case may be removed unless "it appears to a legal certainty that the plaintiff *cannot* recover the jurisdictional amount."  *Frederico v. Home Depot*, 507 F.3d 188, 195-96 (3d Cir. 2007).

---

[1] For purposes of Diversity, citizenship for an LLC is determined by the citizenship of its members and the state of organization is irrelevant. *Lincoln Benefit Life Company v. ALS Capital Ventures LLC*, 800 F.3d 99 (3rd Cir. 2015).

8. Based on the above, the amount in controversy in this personal injury action involving an substantial motor vehicle accident involving multiple individuals will more likely than not exceed the minimum threshold necessary to invoke this Court's diversity jurisdiction. *See* 28 U.S.C. § 1332(a) (amount in controversy must exceed the sum or value of $75,000.00).

## OTHER

9. Pursuant to 28 U.S.C. § 1446(a), copies of the process, pleadings, and orders filed in the Superior Court of the State of Delaware are attached hereto as Exhibits C and D.

10. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of Delaware and Plaintiff is being provided with written notice of the filing of this Notice of Removal. (*See* Certification, attached hereto as Exhibit E; Notice to Plaintiff, attached hereto as Exhibit F; Defendants' Notice of Filing Notice of Removal, attached hereto as Exhibit G.)

## CONCLUSION

11. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441. There is complete diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

Wherefore, premises considered, the Defendants remove this action from the Superior Court of the State of Delaware to this Court, and respectfully request that this Court assume jurisdiction over this civil action to the exclusion of any further proceedings in the state court.

Respectfully submitted,

WILKS, LAW, LLC


By: _/s/ R. Stokes Nolte_
    R. Stokes Nolte (DE Bar No. 2301)
    4250 Lancaster Pike, Suite 200
    Wilmington, Delaware 19805
    Telephone: 302-225-0850
    Facsimile: 302-225-0851
    rnolte@wilks.law

    *Attorney for CAMRAC, LLC*

Dated: November 2, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2020, I caused the **NOTICE OF REMOVAL** to be served upon the following counsel of record via electronic mail and U.S. Mail, postage prepaid and properly addressed.

Leroy A. Tice, Esq. (DE Bar No. 5090)
Charles H. Toliver, IV, Esq. (DE Bar No. 633)
LAW OFFICES OF LEROY TICE, ESQ.
1203 N. Orange Street, Second Floor
Wilmington, DE 19801
ltice@teamtice.com
ctoliver@teamtice.com

                                                   */s/ R. Stokes Nolte*
                                                   R. Stokes Nolte (DE Bar No. 2301)