# EXHIBIT A

EFiled: Mar 12 2020 11:46AM EDT
Transaction ID 64822425
Case No. N20C-03-114 AML

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL CRUZ and KIRSTIN | § | |
| ANTON, as Parents and Next Friend | § | |
| of K.H., a minor, | § | |
| | § | |
| Plaintiffs, | § | C. A NO.:  TBD |
| | § | |
| v. | § | |
| | § | |
| RYAN LOUGHMAN, | § | JURY OF TWELVE DEMANDED |
| EAN HOLDINGS, LLC, d/b/a | § | |
| ENTERPRISE RENT-A-CAR, | § | |
| | § | |
| Defendants. | § | |

## COMPLAINT
## PARTIES, JURISDICTION, VENUE

1.      Plaintiff Michael Cruz is a Delaware resident domiciled at 626 Washington Avenue, Ellendale, Delaware 19941, and at all relevant times is the father of K. H., a minor.  He is competent to bring this action individually and on behalf K. H., as his parent.

2.      Plaintiff Kirstin Anton is a Delaware resident domiciled at 364 Central Park Drive, Harrington, Delaware 19962, and at all relevant times is the mother of K. H., a minor.  She is competent to bring this action on behalf of K. H., as his parent.

3.      K. H., is the minor child of Plaintiffs Michael Cruz and Kirstin Anton having been born 2012 and primarily resides at 364 Central Park Drive, Harrington, Delaware 19962.

4.      Upon information and belief Defendant Ryan Loughman is a Massachusetts resident domiciled at 48 Fremont Street, Springfield, Massachusetts 01105.

5.      Upon information and belief Defendant EAN Holdings, LLC ("EAN Holdings") is a limited liability company organized/formed in 2008 pursuant to the laws of Delaware with a physical address of 14002 E. 21st St., Suite 1500, Tulsa, Oklahoma.  The company's Delaware registered agent is The Corporation Trust Company, Corporation Trust Center, 1209 N. Orange Street, Wilmington, Delaware 19801.

6.       Upon information and belief Defendant Enterprise Rent-A-Car ("Enterprise") is a wholly owned subsidiary of the aforementioned EAN Holdings, LLC and is involved in the rental and leasing of motor vehicles to the public in multiple locations, including, but not limited to Springfield, Massachusetts.

7.      This Court has jurisdiction over the subject matter of this Complaint and over the parties hereto given the residency of the parties and/or the location of the events giving rise to this litigation.

8.      The venue is proper and appropriate in Sussex County, Delaware, the situs of the incident.

## SALIENT FACTS

9.      On April 6, 2019, at approximately 7:49 p.m., Plaintiff Michael Cruz operating a 1997 Ford Explorer, was stopped at a traffic light in the right lane of southbound US 113 intersecting with Deer Forest Road in Georgetown, Sussex County, Delaware, when suddenly and without warning, his vehicle was violent struck in the rear by a 2018 Ford Model F150 Pickup Truck driven by Ryan Loughman (Ford F150).  Plaintiff K. H., a minor, was a rear seat passenger in the Ford Explorer who was properly secured in an appropriate car seat.

10.     Defendant Loughman was cited by the investigating officer for Vehicular Assault First Degree (11 *Del. C.* § 629); Vehicular Assault Third Degree, 2 counts (11 *Del. C.* § 628); Endangering the Welfare Of A Child (11 *Del. C.* § 1102); Driving Under the Influence Of A Drug (21 *Del. C.* § 4177); Following A Motor Vehicle Too Closely (21 *Del. C.* § 4123); Failure To Have Insurance Identification In Possession (21 *Del. C.* § 2118); and Failure To have Registration Card In Possession (21 *Del. C.* § 2108).

11.     Upon information and belief, Defendant Enterprise rented the Ford 150 to Defendant Ryan Loughman at one of its rental locations in Springfield, Massachusetts on or shortly before April 6, 2019 for purposes of driving to the State of Virginia to visit relatives with his daughter, Camilla Loughman.

12.     As a proximate result of Defendants' acts and omissions, Plaintiff Michael Cruz sustained physical injury, mental anguish, and special damages.

13.     As a result of the aforementioned personal injuries, Plaintiff Michael Cruz has suffered damages, including but not exclusively:

       a.     Personal injuries all of which may be permanent;

       b.     Emotional distress and anguish;

       c.     Pain and suffering;

       d.     Past and future medical expenses;

       e.     Past and future wage loss, and

       f.     Related but unspecified items of special damage.

14.     As a proximate result of Defendants acts and omissions, K. H., a minor, sustained personal injuries, including but not exclusively, acute respiratory failure with hypoxia, skeletal fractures included his spine and extremities, as well as paraplegia.

15.     As a result of the aforementioned personal injuries, K. H., a minor, has suffered damages, including but not exclusively:

       a.     Personal injuries all of which may be permanent;

       b.     Emotional distress and anguish;

       c.     Pain and suffering;

       d.     Past and future medical expenses; and

e.      Related but unspecified items of special damage.

## COUNT I
## NEGLIGENCE PER SE
## (RYAN LOUGHMAN)

16.    Plaintiff incorporates paragraphs 1 thru 15 as though set forth fully herein.

17.    Defendant Ryan Loughman owed Plaintiffs a duty to operate his vehicle in a prudent and safe manner upon Delaware roadways so as to avoid harm imposed by statutes of the State of Delaware.   Upon information and belief, Defendant deviated from the statutorily imposed standards of care and proximately caused injury and related damages to Plaintiffs when he:

a.      Operated a vehicle on a public highway in a careless and imprudent manner in violation of 21 *Del. C.* § 4176(a)

b.      Operated a vehicle on a public highway without due regard for road and traffic conditions then existing in violation of 21 *Del. C.* § 4176(a);

c.      Operated a motor vehicle on a public highway while failing to give full time and attention to the operation of the vehicle in violation of 21 *Del. C.* § 4176(b);

d.      Operated a motor vehicle on a public highway while failing to maintain a proper lookout in violation of 21 *Del. C.* § 4176(b);

e.      Failed to maintain a safe and reasonable distance between his vehicle and the vehicle occupied by Plaintiffs in violation of 21 *Del. C.* § 4123(a); and

f.      Operated his vehicle under the influence of drugs in violation of 21 *Del. C.* § 4177 and related Delaware laws; and

## COUNT II
## WILLFUL AND WANTON CONDUCT
## AND/OR RECKLESS INDIFFERENCE
## (RYAN LOUGHMAN)

18.    Plaintiffs incorporates paragraphs 1 thru 17 as though set forth fully herein.

19.    Defendant Ryan Loughman acted with willful and wanton disregard and/or reckless indifference for the safety of others in violation of the statutory laws of Delaware by operating a motor vehicle on a highway within the State of Delaware while driving under the influence of alcohol and/or drugs generally and in violation of 21 *Del. C.* § 4177 proximately causing injury and related damages to Plaintiffs as a result.

## COUNT III
## COMMON LAW NEGLIGENCE
## (RYAN LOUGHMAN)

20.    Plaintiffs incorporates paragraphs 1 thru 19 as though fully set forth herein.

21.    Defendant Ryan Loughman owed Plaintiffs a duty to operate his vehicle in a prudent and safe manner upon Delaware roadways so as to avoid harm imposed by the common law as developed by the Courts of the State of Delaware. Upon information and belief, Defendant Ryan Loughman deviated from the standards of care imposed by the common law and proximately caused injury and related damages to Plaintiffs when he:

a.    Operated a vehicle on a public highway in a careless and imprudent manner;

b.    Operated a vehicle on a public highway without due regard for road and traffic conditions then existing;

c.    Operated a motor vehicle on a public highway while failing to give full time and attention to the operation of the vehicle;

d.    Operated a motor vehicle on a public highway while failing to maintain a proper lookout);

e.    Failed to maintain a safe and reasonable distance between his vehicle and the vehicle occupied by Plaintiffs;

f.    Operated his vehicle under the influence of drugs; and

g.    Was otherwise careless, negligent and/or reckless as the record will reveal as it is developed.

**COUNT IV**
**WILLFUL AND WANTON CONDUCT**
**AND/OR RECKLESS INDIFFERENCE**
**(RYAN LOUGHMAN)**

22.     Plaintiff incorporates paragraphs 1 thru 21 as though set forth fully herein.

23.     Defendant Ryan Loughman acted with willful and wanton disregard and/or reckless indifference for the safety of others as imposed by the common law of Delaware by operating a motor vehicle on a highway within the State of Delaware while driving under the influence of alcohol and/or drugs generally and in violation of 21 *Del. C.* § 4177 proximately causing injury and related damages to Plaintiffs as a result.

**COUNT V**
**NEGLIGENT ENTRUSTMENT**
**(EAN HOLDINGS and ENTERPRISE)**

24.     Plaintiffs incorporates paragraphs 1 through 23 as though set forth fully herein.

25.     Defendants supplied a motor vehicle to Defendant Ryan Loughman for operation and use on United States roadways.

26.     Defendants knew, or had cause to know, that Defendant Ryan Loughman was likely because of youth, inexperience, incompetence or unfitness, to

use the subject motor vehicle in a manner involving unreasonable risk of physical harm to himself or others.

27.    Defendant Ryan Loughman did violate the statutory and common law duties of care described in Paragraphs 17 and 18 incorporated by reference herein and proximately caused injury and related damages to Plaintiffs as a result having been negligently entrusted with the motor vehicle he was driving on April 6, 2019.

### COUNT VI
### WILLFUL AND WANTON AND/OR
### RECKLESS INDIFFERENT ENTRUSTMENT
### (EAN HOLDINGS and ENTERPRISE)

28.    Plaintiffs incorporates paragraphs 1 through 27 as though set forth fully herein.

29.    Defendants supplied a motor vehicle to Defendant Ryan Loughman for operation and use on United States roadways.

30.    Defendants were recklessly indifferent and/or willfully and wantonly disregarded the fact that Defendant Ryan Loughman was likely, because of youth, inexperience, incompetence or unfitness, to use the subject motor vehicle in a manner involving unreasonable risk of physical harm to himself or others.

31.    Defendant Ryan Loughman did violate the statutory and common law duties of care described in Paragraphs 17 and 18 incorporated by reference herein and proximately caused injury and related damages to Plaintiffs as a result having

been negligently entrusted by Defendants EAN Holding and Enterprise Rent-A-Car with the motor vehicle he was driving on April 6, 2019.

**WHEREFORE**, Plaintiffs pray for a judgment of liability against the Defendants as follows:

A.    For a judgment finding Defendants Ryan Loughman, EAN Holdings, and Enterprise Rent-A-Car jointly and severally liable for causing their injuries;

B.    For awards of compensatory damages and punitive damages based upon the conduct as described above, including prejudgment interest and statutory and reasonable fees and costs in such amounts that may be awarded by the Court; and

C.    For such other and further relief as the Court deems just and appropriate.

LEROY A. TICE, ESQUIRE, P.A.

*/s/ Leroy A. Tice*
Leroy A. Tice, Esquire (I.D. 5090)
Charles H. Toliver IV (I.D. 633)
1203 N. Orange Street, Second Floor
Wilmington, DE 19801
T:  302-489-2400
F:  302-792-7055
Dated: March 12, 2020                ltice@teamtice.com

EFiled:  Mar 12 2020 11:46AM EDT
Transaction ID 64822425
Case No. N20C-03-114 AML

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL CRUZ and KIRSTIN | § | |
| ANTON, as Parents and Next Friend | § | |
| of K. H., a minor, | § | |
| | § | |
| Plaintiffs, | § | C. A. NO.:  TBD |
| | § | |
| v. | § | |
| | § | |
| RYAN LOUGHMAN, | § | JURY OF TWELVE DEMANDED |
| EAN HOLDINGS, LLC, d/b/a | § | |
| ENTERPRISE RENT-A-CAR, | § | |
| | § | |
| Defendants. | § | |

## PRAECIPE

TO:   Superior Court Prothonotary
       New Castle County Courthouse
       500 N. King Street
       Wilmington, DE  19801


**PLEASE ISSUE SUMMONS** and Complaint to the Sheriff of New Castle County to effect service upon Defendant:

EAN Holdings, LLC
The Corporation Trust Company
Corporation Trust Center
1209 N. Orange Street
Wilmington, DE 19801

LEROY A. TICE, ESQUIRE, P.A.
*/s/ Leroy A. Tice*
Leroy A. Tice, Esquire (I.D. 5090)
Charles H. Toliver IV (I.D. 633)
1203 N. Orange Street, Second Floor
Wilmington, DE 19801
T:  302-489-2400
F:  302-792-7055
ltice@teamtice.com

Dated: March 12, 2020                    *Attorneys for Plaintiffs*

EFiled: Mar 12 2020 11:46AM EDT
Transaction ID 64822425
Case No. N20C-03-114 AML

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL CRUZ and KIRSTIN ANTON, as Parents and Next Friend of K. H., a minor, | § § § § | |
| Plaintiffs, | § § | C. A. NO.:  TBD |
| v. | § § | |
| RYAN LOUGHMAN, EAN HOLDINGS, LLC, d/b/a ENTERPRISE RENT-A-CAR, | § § § § | JURY OF TWELVE DEMANDED |
| Defendants. | § | |

## PRAECIPE

TO:   Superior Court Prothonotary
      New Castle County Courthouse
      500 N. King Street
      Wilmington, DE  19801

**PLEASE ISSUE SUMMONS** and Complaint to the Plaintiffs' counsel to serve upon Defendant, Ryan Loughman, *Pursuant to DEL. C.§3104* as follows:

Mr. Ryan Loughman
48 Fremont Street
Springfield, Massachusetts 01105

LEROY A. TICE, ESQUIRE, P.A.
*/s/ Leroy A. Tice*
Leroy A. Tice, Esquire (I.D. 5090)
Charles H. Toliver IV (I.D. 633)
1203 N. Orange Street, Second Floor
Wilmington, DE 19801
T:  302-489-2400
F:  302-792-7055
ltice@teamtice.com

Dated: March 12, 2020                    *Attorneys for Plaintiffs*

EFiled:  Mar 12 2020 11:46AM EDT
Transaction ID 64822425
Case No. N20C-03-114 AML

### IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL CRUZ and KIRSTIN | § | |
| ANTON, as Parents and Next Friend | § | |
| of K. H., a minor, | § | |
| | § | |
| Plaintiffs, | § | C. A. NO.:  TBD |
| | § | |
| v. | § | |
| | § | |
| RYAN LOUGHMAN, | § | JURY OF TWELVE DEMANDED |
| EAN HOLDINGS, LLC, d/b/a | § | |
| ENTERPRISE RENT-A-CAR, | § | |
| | § | |
| Defendants. | § | **SUMMONS** |

**TO THE PLAINTIFF'S COUNSEL:**
**YOU ARE COMMANDED:**

To summon the above named defendant(s), so that, within 20 days after service hereof upon defendant(s), exclusive of the day of service, defendant(s) shall serve upon Leroy A. Tice, Esquire, plaintiff's attorney, whose address is 1203 N. Orange Street, Second Floor, Wilmington, DE, 19801, an answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant(s) a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).

Dated:                                        Lisa M. Gonzalez
                                             *Prothonotary*

                                             _____
                                             Per Chief Deputy Prothonotary

**TO THE ABOVE-NAMED DEFENDANT(S):**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                                             Lisa M. Gonzalez
                                             *Prothonotary*

                                             _____
                                             Per Chief Deputy Prothonotary

EFiled: Mar 12 2020 11:46AM EDT
Transaction ID 64822425
Case No. N20C-03-114 AML

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL CRUZ and KIRSTIN | § | |
| ANTON, as Parents and Next Friend | § | |
| of K. H., a minor, | § | |
| | § | |
| Plaintiffs, | § | C. A. NO.: TBD |
| | § | |
| v. | § | |
| | § | |
| RYAN LOUGHMAN, | § | JURY OF TWELVE DEMANDED |
| EAN HOLDINGS, LLC, d/b/a | § | |
| ENTERPRISE RENT-A-CAR, | § | |
| | § | |
| Defendants. | § | **SUMMONS** |

**THE STATE OF DELAWARE,**
**TO THE SHERIFF OF NEW CASTLE COUNTY:**
**YOU ARE COMMANDED:**

To summon the above named defendant(s), so that, within 20 days after service hereof upon defendant(s), exclusive of the day of service, defendant(s) shall serve upon Leroy A. Tice, Esquire, plaintiff's attorney, whose address is 1203 N. Orange Street, Second Floor, Wilmington, DE, 19801, an answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant(s) a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).

Dated: _____                    Lisa M. Gonzalez
                                           *Prothonotary*


                                           _____
                                           Per Chief Deputy Prothonotary

**TO THE ABOVE-NAMED DEFENDANT(S):**
In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                                           Lisa M. Gonzalez
                                           *Prothonotary*


                                           _____
                                           Per Chief Deputy Prothonotary

EFiled: Mar 12 2020 11:46AM EDT
Transaction ID 64822425
Case No. N20C-03-114 AML

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL CRUZ and KIRSTIN | § | |
| ANTON, as Parents and Next Friend | § | |
| of K. H., a minor, | § | |
| | § | |
| Plaintiffs, | § | C. A NO.:  TBD |
| | § | |
| v. | § | |
| | § | |
| RYAN LOUGHMAN, | § | JURY OF TWELVE DEMANDED |
| EAN HOLDINGS, LLC, d/b/a | § | |
| ENTERPRISE RENT-A-CAR, | § | |
| | § | |
| Defendants. | § | |

## ANSWERS TO FORM 30 INTERROGATORIES

1.      Give the name and present or last known residential and employment

address and telephone numbers of each eyewitness to the incident which is the

subject of this litigation.

**ANSWER:**      Michael Cruz
626 Washington Avenue
Ellendale, DE 19941

K. H., minor resides with mother, Kirstin Anton
364 Central Park Drive
Harrington, DE 19962

Ryan Loughman
48 Fremont Street
Springfield, MA 01105

Suzanne Loughman
149 Beach Road
Hampton, VA 23664

Holly White
18793 County Seat Highway
Georgetown, DE 19947

Shannon Powell
14 Black Duck Way
Georgetown, DE 19947


2.    Give the name and present or last known residential and employment
addresses and telephone numbers of each person who has knowledge of the facts to
this litigation.

**ANSWER:** Plaintiff's counsel and staff

See Police Report

Karen Cox (PIP Adjuster)
Progressive Claims
PO Box 512926
Los Angeles, CA 90051
(302) 781-3718

Carly Montgomery (Liability Adjuster)
Elco Claims Services
PO Box 8385
Gaithersburg, MD 20898

Julie Kahn (UIM Adjuster)
Progressive Claims
410-412-9131

See Nemours A.I. DuPont Hospital for Children
Medical Records for Numerous Treating Physicians

3.  Give the names of all persons who have been interviewed in connection with the above litigation, including the addresses and telephone numbers of persons who made said interview and names and present or last known residential and employment addresses and telephone numbers of persons who have the originals and copies of the interview.

**ANSWER:**  None other than Plaintiffs which are privileged.

4.  Identify all photographs, diagrams, or other representations made in connection with the matter in litigation, giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof.  (In lieu thereof, a copy can be attached).

**ANSWER:**  See Police Report.  Scene photos and vehicle photos attached hereto.

5.  Give the name, professional addresses and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert.  If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with this litigation.

**ANSWER:**  No expert retained at present.  Plaintiff reserves the right to retain an expert and provide required discovery prior to Court imposed deadlines.

6.  Give a brief description of any insurance policy including excess coverage, that is or may be applicable to this litigation, including:

(a) The name and addresses of all companies insuring the risk;

(b) The claim number(s)

(c) The type of insurance;

(d) The amounts of primary, secondary, and excess coverage.

**ANSWER:**

Plaintiffs' Insurance Coverage:

(a) Progressive

(b) 912915988

(c) PIP/UIM

(d) Both coverages $50,000/$100,000


Defendant Ryan Loughman Insurance Coverage:

(a) Elco

(b) TBD

(c) Liability – Bodily Injury

(d) $20,000

Defendant EAN Holdings, LLC Insurance Coverage:

(a) TBD

(b) TBD

(c) Liability – Bodily Injury – General Liability

(d) TBD

7.     Give the name, professional address, and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten-year period immediately prior to the date of the incident at issue in this litigation.

**ANSWER:**  See Answer to Interrogatory No. 2.


                                        LEROY A. TICE, ESQUIRE, P.A.
                                        */s/ Leroy A. Tice*
                                        Leroy A. Tice, Esquire (I.D. 5090)
                                        Charles H. Toliver IV (I.D. 633)
                                        1203 N. Orange Street, Second Floor
                                        Wilmington, DE 19801
                                        T:  302-489-2400
                                        F:  302-792-7055
Dated: March 12, 2020                   ltice@teamtice.com
                                        *Attorneys for Plaintiffs*

5

EFiled:  Mar 12 2020 11:46AM EDT
Transaction ID 64822425
Case No. N20C-03-114 AML

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL CRUZ and KIRSTIN ANTON, as Parents and Next Friend of K. H., a minor, | § § § § | |
| Plaintiffs, | § § | C.A NO.:  TBD |
| v. | § § | |
| RYAN LOUGHMAN, EAN HOLDINGS, LLC, d/b/a ENTERPRISE RENT-A-CAR, | § § § § | JURY OF TWELVE DEMANDED |
| Defendants. | § § | |

### AFFIDAVIT OF COUNSEL
### PURSUANT TO SUPERIOR COURT RULE 3(h)(I)(II) and (III)

I, LEROY A. TICE, ESQUIRE, being duly sworn this 4th day of March

2020, do depose and say:

1.     I am the attorney for the Plaintiff in above-captioned matter.

2.     This action involves a claim for personal injuries and special

damages.

3.     Documents supporting these claims will be provided upon receipt of a

formal Entry of Appearance by the attorney(s) for the Defendant.

_____

LEROY A. TICE

SWORN TO AND SUBSCRIBED before me the date and year aforesaid.

_____
NOTARY PUBLIC

EFiled: Mar 12 2020 11:46AM
Transaction ID 64822425
Case No. N20C-03-114 AML

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL CRUZ and KIRSTIN ANTON, as Parents and Next Friend of K. H., a minor, | § § § § | |
| Plaintiffs, | § § | C.A NO.: TBD |
| v. | § § § | |
| RYAN LOUGHMAN, EAN HOLDINS, LLC, d/b/a ENTERPRISE RENT-A-CAR, | § § § § | JURY OF TWELVE DEMANDED |
| Defendants. | § § | |

### AFFIDAVIT

I, KIRSTIN ANTON, being duly sworn do depose and state as follows:

1.  I am a Plaintiff in the foregoing action.

2.  The Answers to the Foregoing Form 30 Interrogatories are true and correct to the best of my knowledge, information and belief.

_____
KIRSTIN ANTON

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, this ____9____ day of ___March___ 2020.

_____
NOTARY PUBLIC

EFiled: Mar 12 2020 11:46AM EDT
Transaction ID 64822425
Case No. N20C-03-114 AML

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

MICHAEL CRUZ and KIRSTIN §
ANTON, as Parents and Next Friend §
of K. H., a minor, §
  §
    Plaintiffs, §    C.A. NO.: TBD
  §
    v. §
  §
RYAN LOUGHMAN, §    JURY OF TWELVE DEMANDED
EAN HOLDINS, LLC, d/b/a §
ENTERPRISE RENT-A-CAR, §
  §
    Defendants. §

### AFFIDAVIT

I, MICHAEL CRUZ, being duly sworn do depose and state as follows:

1.    I am a Plaintiff in the foregoing action.

2.    The Answers to the Foregoing Form 30 Interrogatories are true and

correct to the best of my knowledge, information and belief.

_____
MICHAEL CRUZ

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State

and County aforesaid, this ____9____ day of ___March___ 2020.

_____
NOTARY PUBLIC

# SUPERIOR COURT
## CIVIL CASE INFORMATION STATEMENT (CIS)

EFiled: Mar 13 2020 11:46AM EDT
Transaction ID 64822425
Case No. N20C-03-114 AML

COUNTY:     N     K     S          CIVIL ACTION NUMBER:_____

---

Caption:

MICHAEL CRUZ and KIRSTIN ANTON, as Parents and Next Friend of K. H., a minor,

Plaintiffs,

vs.

RYAN LOUGHMAN, EAN HOLDINGS, LLC d/b/a ENTERPRISE RENT-A-CAR

Defendants.

Civil Case Code: CPIA

Civil Case Type: PERSONAL INJURY AUTO
(SEE REVERSE SIDE FOR CODE AND TYPE)

MANDATORY NON-BINDING ARBITRATION (MNA) _____

Name and Status of Party filing document:

MICHAEL CRUZ AND KIRSTIN ANTON, as Parents and Next Friend of K.H., a minor.

Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)

COMPLAINT

JURY DEMAND: YES  X   No ____

---

ATTORNEY NAME(S):

Leroy A. Tice

ATTORNEY ID(S):

5090

FIRM NAME:

Leroy A. Tice, Esquire, P.A.

ADDRESS:

1203 N. Orange Street, Second Floor

Wilmington, DE  19801

TELEPHONE NUMBER:

302- 489-2400

FAX NUMBER:

302-792-7055

E-MAIL ADDRESS:

ltice@teamtice.com

IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT OR ANY RELATED CASES THAT HAVE BEEN CLOSED IN THIS COURT WITHIN THE LAST TWO YEARS BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:

_____

_____

EXPLAIN THE RELATIONSHIP(S):

_____

_____

_____

OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:

_____

_____

(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE)

---

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.